# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE O'NEAL BROWN, | ) | Case No.  CV 08-6664-CAS (DTB) |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS, |
| | ) | CONCLUSIONS AND |
| vs. | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing defendants Igor, Shirley, Milagros, Lennie, and Zenaida from this action without prejudice; dismissing plaintiff's Eighth Amendment and ADA claims against defendant Baca with prejudice; dismissing plaintiff's ADA claim against defendant Popken with prejudice; dismissing plaintiff's conspiracy claims against defendants Baca, Fontana, Allen, Choi, and Huang with leave to amend.  Any amended complaint shall be filed on or before March 1, 2011.

DATED: February 1, 2011

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE