# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O'NEAL BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>        Defendants. | Case No. CV 08-6664-CAS (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing defendants Igor, Shirley, Milagros, Lennie, and Zenaida from this action without prejudice; dismissing plaintiff's Eighth Amendment and ADA claims against defendant Baca with prejudice; dismissing plaintiff's ADA claim against defendant Popken with prejudice; dismissing plaintiff's conspiracy claims against defendants Baca, Fontana, Allen, Choi, and Huang with leave to amend. Any amended complaint shall be filed on or before March 1, 2011.

DATED: February 1, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE