O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O'NEAL BROWN,<br><br>                Plaintiff,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES,<br>et al.,<br><br>                Defendants. | Case No. CV 08-6664-CAS (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Superseding Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: June 9, 2011

                                           *Christina A. Snyder*
                                           CHRISTINA A. SNYDER
                                           UNITED STATES DISTRICT JUDGE